**WO**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Mark H. Goldberg; Sherry R. Goldberg; et al.,

Plaintiffs,

vs.

Pacific Indemnity Company, a California corporation; et al.,

Defendants.

No. CV 05-2670-PHX-JAT

**ORDER**

Attached hereto is a letter received, *ex parte*, from Plaintiffs. The Court is attaching the letter for purposes of the record only. While this is the first letter of this kind the Court has received in this case, it is not the first letter the Court has received from a client of Mr. Beus. In fact, the letters received from Mr. Beus' clients are strikingly similar considering that they are purported to by authored by the clients themselves. Notwithstanding this similarity,

**IT IS ORDERED** that Mr. Beus is directed to advise his clients that they may not communicate with the Court on a *ex parte* basis in this or any other litigation; moreover, Mr. Beus is hereby assured that the Court is aware of its independent ethical obligations in every case, and does not need to be reminded of them on a case by case basis;

**IT IS FURTHER ORDERED** that if Plaintiffs are of the opinion that recusal is required, Plaintiffs are welcome to file a motion 28 U.S.C. § 144, however, unless an appropriate motion is filed, the Court will take no further action on this matter.

DATED this 31st day of October, 2005.

James A. Teilborg
United States District Judge